IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONNA JO GIBSON, Individually
and as Natural Parent and Guardian
of J. G., a Minor**                                                                                          **PLAINTIFFS**

**vs.**                                                              **CIVIL ACTION NO. 1:14-cv-00319-LG-RHW**

**SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE LLC**                                                                **DEFENDANT**

## NOTICE OF SERVICE OF EXPERT DISCLOSURES

**TO: ALL COUNSEL OF RECORD**

Notice is hereby given that on June 29, 2015, Defendant GlaxoSmithKline LLC, formerly SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), acting by and through its undersigned counsel, served by U.S. Mail and e-mail on counsel of record the following:

**GSK'S RULE 26 EXPERT DISCLOSURES.**

This the 1st day of July, 2015.

                                        Respectfully submitted,

                                        **GLAXOSMITHKLINE LLC**

                                        /s/ Joseph Anthony Sclafani
                                                  One of Its Attorneys

OF COUNSEL:

Joseph Anthony Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone:  (601) 948-3101
Facsimile:  (601) 960-6902
jsclafani@brunini.com

      -and-

02110693                                                               1

Halli D. Cohn, Esq. (Admitted *pro hac vice*)
Robert K. Woo, Jr., Esq. (Admitted *pro hac vice*)
Meredith B. Redwine, Esq. (Admitted *pro hac vice*)
Radha Sathe Manthe, Esq. (Admitted *pro hac vice*)
Geoffrey M. Drake, Esq. (Admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100
hcohn@kslaw.com
bwoo@kslaw.com
mredwine@kslaw.com
rmanthe@kslaw.com
gdrake@kslaw.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that I have this day electronically transmitted the foregoing pleading or other paper to the Clerk's Office using the CM/ECF System for filing which transmitted a Notice of Electronic Filing to all CM/ECF registrants in this case.

This the 1st day of July, 2015.

/s/  Joseph Anthony Sclafani_____