# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DONNA JO GIBSON, Individually**
**and as Natural Parent and Guardian**
**of J. G., a Minor**                                                     **PLAINTIFFS**

vs.                                                **CIVIL ACTION NO. 1:14-cv-00319-LG-RHW**

**SMITHKLINE BEECHAM CORPORATION**
**d/b/a GLAXOSMITHKLINE LLC**                                       **DEFENDANT**

## NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT DISCLOSURES

**TO: ALL COUNSEL OF RECORD**

Notice is hereby given that on February 22, 2016, Defendant GlaxoSmithKline LLC, formerly SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), acting by and through its undersigned counsel, served on counsel of all record the following:

**GSK'S SUPPLEMENTAL RULE 26 EXPERT DISCLOSURES.**

This the 23rd day of February, 2016.

                                                    Respectfully submitted,

                                                    **GLAXOSMITHKLINE LLC**

                                                    /s/ Joseph Anthony Sclafani
                                                          One of Its Attorneys

OF COUNSEL:

Joseph Anthony Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
jsclafani@brunini.com

      -and-

02262938                                   1

Halli D. Cohn, Esq. (Admitted *pro hac vice*)
Robert K. Woo, Jr., Esq. (Admitted *pro hac vice*)
Meredith B. Redwine, Esq. (Admitted *pro hac vice*)
Radha Sathe Manthe, Esq. (Admitted *pro hac vice*)
Geoffrey M. Drake, Esq. (Admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100
hcohn@kslaw.com
bwoo@kslaw.com
mredwine@kslaw.com
rmanthe@kslaw.com
gdrake@kslaw.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that I have this day electronically transmitted the foregoing pleading or other paper to the Clerk's Office using the CM/ECF System for filing which transmitted a Notice of Electronic Filing to all CM/ECF registrants in this case.

This the 23rd day of February, 2016.

/s/  Joseph Anthony Sclafani